# DIVIDENDS REMITTED TO THE COURT

Case Number 09-12749 - GURA, RAYMOND G

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **U.S. Bank N.A.**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201**<br>(12-1) line of credit | 000012 | 538.04 | 4.99 |
| **Recovery Management Systems Corporation**<br>**For GE Money Bank**<br>**dba LOWES CONSUMER**<br>**25 SE 2nd Ave Ste 1120**<br>**Miami FL 33131** | 000015 | 329.19 | 3.05 |
| ---------- Remittance Total --------------- | | 867.23 | 8.04 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

2010 JUN 29 AM 9:33 FILED

COURT1

Printed: 06/22/10 02:56 PM    Ver: 15.09